Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★        ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00217-CV

**E.E. HOOD & SONS, INC.**,
Appellant

v.

Matias Chapa **PEREZ** and Sonia San Juanita Sanchez Chapa,
Individually and on behalf of Matias Chapa Sanchez, Daisy Amaranti Chapa Sanchez,
and Deyra Natalie Chapa Sanchez, Minors
Appellees

From the 293rd Judicial District Court, Dimmit County, Texas
Trial Court No. 06-10-10496-DCV
Honorable Cynthia L. Muniz, Judge Presiding

PER CURIAM

Sitting:       Catherine Stone, Chief Justice
                Steven C. Hilbig, Justice
                Marialyn Barnard, Justice

Delivered and Filed:   November 11, 2009

DISMISSED; JOINT MOTION TO DISMISS GRANTED

       The parties filed a joint motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP.

P. 42.1(a)(2). Because the motion does not disclose an agreement of the parties regarding assessment

of costs, we order all costs assessed against appellant. *See* TEX. R. APP. P. 42.1(d)(absent agreement

of the parties, costs are taxed against appellant).

PER CURIAM